**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1909**

---

CHARLES E. BERRY,

Plaintiff - Appellant,

versus

SID C. TAYLOR,

Defendant - Appellee,

and

HUBERT E. TYLER; JIMMY BAKER; JAKE BROWN; ROBERT BRYANT, JR.; EMMA JONES; SHARON TERRY; PATRICIA WALLS; DAN WILLIAMS; JASPER COUNTY SCHOOL DISTRICT,

Defendants.

---

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Solomon Blatt, Jr., Senior District Judge. (CA-96-1487-08-9)

---

Submitted: December 11, 1997     Decided: December 23, 1997

---

Before HALL and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

Charles E. Berry, Appellant Pro Se.  Stephen P. Hughes, HOWELL, GIBSON & HUGHES, P.A., Beaufort, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm. Berry v. Taylor, No. CA-96-1487-08-9 (D.S.C. June 20, 1997).  Appellant failed to show all of the elements necessary to support a malicious prosecution claim under South Carolina law.  See Jordan v. Deese, 452 S.E.2d 838 (S.C. 1995).  We deny Appellant's motion for appointment of counsel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2